UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TIFFANY VESTERMAN

                                         Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK and DAVID C. BANKS, individually and
as a Chancellor of the Department of Education of the City
of New York,

                                         Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

No. 24-CV-02755 (LDH) (VMS)

**PLEASE TAKE NOTICE** that, upon, the accompanying Memorandum of Law, Declaration of Assistant Corporation Counsel Madeleine A. Knutson, and all the papers and proceedings herein, Defendants The Department of Education of the City of New York and David C. Banks will move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's claims of religious discrimination and failure to accommodate pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, the New York State Human Rights Law, N.Y. Exec. Law § 296, *et seq.*, and the New York City Human Rights Law, N.Y.C. Administrative Code §§ 8-101, *et seq.*, as well as Plaintiff's First Amendment and Fourteenth Amendment claims advanced pursuant to 42 U.S.C. § 1983.

Dated: New York, New York
May 31, 2024

                    **HON. SYLVIA O. HINDS-RADIX**
                    Corporation Counsel of the City of New York
                    *Attorney for Defendants*
                    100 Church Street, Room, 2-173
                    New York, New York 10007
                    P: (212) 356-2445
                    C: (646) 629-3066
                    mknutson@law.nyc.gov

                By:     */s/ Madeleine A. Knutson*
                         Madeleine A. Knutson, Esq.
                         Assistant Corporation Counsel

TO: All parties (via ECF)

1:24-CV-02755 (LDH) (VMS)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TIFFANY VESTERMAN,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK and DAVID C. BANKS individually and as a Chancellor of the Department of Education of the City of New York,

Defendants.

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

*HON. SYLVIA O. HINDS-RADIX*

*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, 2-173*
*New York, New York 10007*

*Of Counsel: Madeleine A. Knutson*
*Tel: (212) 356-2445*
*Matter #: 2024-026472*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ................................................. , 2024*

*................................................................. , Esq.*

*Attorney for ...................................................*