# EXHIBIT 3




Office of the City Comptroller
Bureau of Law Adjustment
1 Centre St  Rm 1225
Ny. Ny 10007

10007-163725



## NOTICE OF CLAIM

------------------------------------X

Tiffany Vesterman
Claimant,

- against -

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF EDUCATION,

Defendants

------------------------------------X

To:

Office of the City Comptroller
Bureau of Law and Adjustment
1 Centre Street, Room 1225
New York, New York 10007

Hon. Sylvia O. Hinds-Radix
Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007

New York City Department of Education
52 Chambers Street
New York, N.Y. 10007



PLEASE TAKE NOTICE that the Claimant hereby makes claim and demand against the individuals and groups named in the caption above:

1) <u>The name, post office address, and phone number of Claimant:</u>

Tiffany Vesterman
756 W. Kings College Drive Fruit Cove, Florida 32259
917-750-2352

1



2) <u>The nature of the claim:</u>

This claim seeks recovery for monetary damages for the harm caused to Tiffany Vesterman's reputation, livelihood, and career; additionally for the distress, suffering, mental, emotional, and physical anguish and impairment of Claimant's ability to secure future employment, and impairment of earning power inflicted upon the Claimant due to the negligence, carelessness, recklessness, and misfeasance, malfeasance, and negligent acts practices, and/or omissions of the Defendants. Claimant's rights under the Constitution, both Federal and State, city and State Human Rights Laws, NYS Administrative Code, as well as employment rights under the Collective Bargaining Agreements between the UFT and the DOE. Claimant now seeks to be made whole.

All my rights under the Constitution, both Federal and State, city and State Human Rights Laws, NYS Administrative Code, as well as employment rights under the Collective Bargaining Agreements between the UFT and the DOE have been violated. In addition, many employment applications ask if you have ever been discharged from a job.

3) <u>The time when, the place where, and the manner in which the claim arose</u>

On August 23, 2021, a notice of a Vaccine Mandate was sent out by New York City Department of Education (NYC DOE) Chancellor Meisha Porter.

On September 10, 2021, an arbitration agreement was signed concerning among other issues rules that would be applied to anyone seeking a religious accommodation for the vaccine mandate. In the arbitration agreement between the NYC DOE and the United Federation of Teachers (UFT), there is a clause pertaining to religious exemption that is in direct opposition to the laws of our nation. The clause reads: 'Religious exemptions for an employee to not adhere to the mandatory vaccination policy must be documented in writing by a religious official (e.g., clergy). Requests shall be denied where the leader of the religious organization has spoken publicly in favor of the vaccine, where the documentation is readily available (e.g., from an online source), or where the objection is personal, political, or philosophical in nature. Exemption requests shall be considered for recognized and established religious organizations (e.g., Christian Scientists).'

September 20, 2021, I applied for a religious exemption accommodation.

On September 22, 2021, I was denied religious exemption accommodation.

On October 5, 2021, I was placed on Leave Without Pay stating that I cannot enter my work or school site or work off-site.

On November 15, 2021, the United States Court of Appeal for the Second Circuit ordered fresh consideration of people's request for religious accommodation. Such consideration shall adhere to the standards established by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law. Such consideration shall not be governed by the challenged criteria set forth in Section IC of the arbitration award for United Federation of Teachers members. Accommodations will be considered for all sincerely held religious observances, practices, and beliefs.



On November 28, United States Court of Appeal for the Second Circuit merit panel concluded "It is, of course, true that the citywide panel must abide by the First Amendment. By ordering the citywide panel's proceedings to abide by other applicable law, the Motions Panel Order does not (and could not) suggest that the First Amendment is somehow inapplicable to those proceedings." It also reaffirmed that a fresh consideration of people's request for religious accommodation. In addition to the First Amendment such consideration shall adhere to the standards established by Title VII of the Civil Rights Act of 1964, the New York State Human Rights Law, and the New York City Human Rights Law.

On February 2, 2022, I received a termination notice from the NYCDOE Division of Human Resources stating that I would be terminated on February 18, 2022.

On February 18, 2022, I was terminated from my teaching position by the City of New York City Department of Education.

On or about April 28, 2022, I became aware of an email sent by the New York City Department of Education to Beth Norton at the UFT saying that any request for an exemption from taking the vaccination immediately placed the member's fingerprints into the 'Problem Code' at the Human Resources' Office of Personnel Investigations. This means that Defendants placed my fingerprints in a database at the Office of Personnel Investigations. The 'Problem Code' is used for employees who have committed what the New York City Department of Education considers misconduct. Therefore the New York City Department of Education has considered Claimant's not getting vaccinated as 'misconduct' which means Claimant can't get a job in New York City.

4) **The items of damage or injuries claimed are**:

damages to reputation; emotional distress; impairment of Claimant's ability to secure future employment; impairment of earning power; tortious interference with business relations; malicious prosecution; abuse of process; fraud; and retaliation, defamation, libel and slander.

The items of damage or injuries claimed amount to two million dollars.

The claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in default of the City of New York and the listed Defendants to pay the claimant her claim within the time limited for compliance with this demand by the applicable statutes, claimant intends to commence an action against the City of New York and the listed Defendants to recover her damages with interest and costs.

Dated:

*Tiffany Vesterman*

Tiffany Vesterman

3



Sworn or Affirmed before me on 10th.
the day of May, 2022

_____
Notary Public

FLORA W. BOWMAN
MY COMMISSION # GG 947207
EXPIRES: March 13, 2024
Bonded Thru Notary Public Underwriters

4

