# STEWART LEE KARLIN LAW GROUP, P.C.
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (212) 732-4443/Fax
### slk@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & NEW JERSEY**

**Concentrating in Employment, Education and Insurance Law**

**Website:** www.stewartkarlin.com

June 12, 2024

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Vesterman v. The Department of Education of the City of New York, et al., 24-cv-02755 (LDH)(VMS)

Dear Judge Hall:

I represent Plaintiff Tiffany Vesterman in this matter and ask the Court to reconsider its prior order denying the request for an extension as untimely. I apologize for not being clear in the initial letter. The Court had granted via order (Between Dkt 7 and Dk 8) the following regarding denying Defendant's initial motion to dismiss: "Plaintiff shall file a response letter no later than June 12, 2024." Thus, respectfully, the Plaintiff's application was timely filed as the request was filed on June 12, 2024, and complied with the Court's order.

The reason for the extension is that Plaintiff's counsel has two ongoing tenured teacher 3020-a trials (NYCDOE v, Sherman and Westbury UFSD v. Abruscato) and thus have been on an administrative trial on Friday, Monday, Tuesday and Wednesday. Thus, it has been impossible to submit her response in the instant matter.

      Thus, it is respectfully submitted that the request for this brief extension of time is reasonable.

      Thank you for your consideration herein.

Very truly yours,

*s/ Stewart Karlin*
STEWART LEE KARLIN, ESQ.

CC via ECF to: Madeleine A. Knutson, ACC

