UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TIFFANY VESTERMAN,

                 Plaintiff,

  v.

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, and DAVID C.
BANKS, individually and as a Chancellor of
the Department of Education of the City of
New York,

                 Defendants.
---------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 24-CV-02755(LDH)(VMS)

**TO:**   **THE UNITED STATES DISTRICT COURT,**
        **EASTERN DISTRICT OF NEW YORK**

      **PLEASE TAKE NOTICE**, that Plaintiff, TIFFANY VESTERMAN, is appearing herein through her attorney, Daniel E. Dugan, Esq., Stewart Lee Karlin Law Group, P.C., 111 John St., 22nd Floor, New York, NY 10038, Tel: (212) 792-9670, Fax: (844)636-1021; e-mail address: dan@stewartkarlin.com. Henceforth, please serve all papers on the undersigned.

Dated:  New York, New York
        July 12, 2024

                                                  STEWART LEE KARLIN
                                                  LAW GROUP, P.C.

                                                  _/s/ Daniel E. Dugan_
                                                  DANIEL E. DUGAN, ESQ.
                                                   *Attorney for Plaintiff*
                                                   111 John St., 22nd Floor
                                                   New York, NY 10038
                                                   (212) 792-9670
                                                   dan@stewartkarlin.com

To:   Via ECF
        Madeleine A. Knutson, Esq.
        Assistant Corporation Counsel
        *Attorney for Defendants*